# Exhibit A

## CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") arising out of my work with Amazon.com, LLC, Amazon Logistics, Inc., Sheard-Loman Transport, LLC. and/or related entities and individuals ("Amazon/Sheard-Loman").

2. I worked for Amazon/Sheard-Loman from on or about __10/2018__ (month, year) to on or about __Present__ (month, year). During this time, I worked for Amazon/Sheard-Loman in the following state(s): __Louisiana__.

3. I understand that this lawsuit is brought under the FLSA. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Berger Montague PC, at 1818 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103, and Willig, Williams & Davidson, at 1845 Walnut Street, Suite 2400, Philadelphia, PA 19103 (together "Plaintiff's Counsel"), to represent me for all purposes in this action or any subsequent action against Amazon/Sheard-Loman.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: *Priestley Faucett* (DocuSigned)

Date: 11/21/2018

Name: Priestley Faucett

Address: ███████████████████

Telephone: ███████

E-Mail: ███████████████

**COMPLETE AND RETURN TO:**
BERGER MONTAGUE PC
ATTN: Alex Grayson
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3033
Fax: (215) 875-4604
Email: agrayson@bm.net